# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFREY E. JOHNSON, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL NO. 08-96-JPG |
| DANIEL AUSTIN, *et al.,* | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

This matter is before the Court upon Plaintiff's motion to dismiss his complaint (Doc. 3) which the Court liberally construes as motion to voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Accordingly, Plaintiff's motion to voluntarily dismiss this action, without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure is **GRANTED.** The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

Dated: February 27, 2008.

                                              s/ J. Phil Gilbert
                                              **U. S. District Judge**